No. 11–9902. ROJAS *v.* ADAMS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–9906. CARAVEO *v.* TEXAS. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 11–9914. PENA *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–9921. MAYES *v.* ROWLEY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–9924. WALKER *v.* SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–9928. BRUCE *v.* RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–9933. COLEMAN *v.* COX, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–9934. LAVENDER *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–9935. NOWILL *v.* FRAZIER, WARDEN. Super. Ct. Washington County, Ga. Certiorari denied.

No. 11–9940. KIDD *v.* LIVINGSTON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–9949. MOXLEY *v.* NEVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–9952. BRIST *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 11–9957. AMAKER *v.* NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–9959. MAYES *v.* GRAPHIC PACKAGING INTERNATIONAL. C. A. 4th Cir. Certiorari denied.